IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00216-RPM-MEH

NICOLE JACKSON

      Plaintiff,

v.

SHERIFF MIKE ENSMINGER, in his official capacity, and
NICKLOS PINELL,

      Defendants.

---

**ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER DEADLINES**

---

This comes before this Court on the parties' Stipulated Motion to Modify the Scheduling Order, and this Court, being fully briefed GRANTS the parties' Motion. The Scheduling Order is amended as follows:

| | | |
|---|---|---|
| a. | Expert Designations | **2/29/14** |
| b. | Rebuttal Expert Designation | **4/30/14** |
| c. | Discovery Deadline | **5/29/14** |
| d. | Dispositive Motions Deadline | **6/30/14** |

**SO ORDERED** this 4th day of December, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge