THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00216-RPM

NICOLE JACKSON,

    Plaintiff,

v.

TELLER, COUNTY, COLORADO;
TELLER COUNTY SHERIF'S OFFICE;
SHERIFF MIKE ENSMINGER, in his official capacity; and
NIKLOS PINELL,

    Defendants.

---

ORDER RE: SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER DEADLINES

---

    Upon review of the parties' Second Stipulated Motion to Modify the Scheduling Order Deadlines [36], it is

    ORDERED that the Scheduling Order is amended as follows:

    a. Expert Designations **3/28/14**
    b. Contradicting Expert Designations **4/28/14**
    c. Rebuttal Expert Designations **5/30/14**
    d. Discovery Deadline **6/27/14**
    e. Dispositive Motions Deadline **7/30/14**

Dated: February 20, 2014

                      BY THE COURT:

                      s/Richard P. Matsch

                      Richard P. Matsch, Senior District Judge